**Order entered April 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00248-CV

### CONNIE MARIE MACINNES, Appellant

### V.

### DEBORAH BUTTS, ET AL., Appellees

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC1203784I

## ORDER

In a letter dated March 5, 2014, the Court referred appellant's affidavit of indigence to the trial court. A contest to the affidavit was timely filed on Monday, March 17, 2014. By March 27, 2014, either a hearing had to be conducted or an order had to be signed extending the date of the hearing for up to twenty days. *See* TEX. R. APP. P. 20.1(i)(2) & (3). The Court received a letter from the Dallas County District Clerk informing us that the hearing on the contest is scheduled for April 24, 2014. Because the trial court failed to sign an order sustaining the contest within the time set for a hearing, the affidavit's allegations are deemed true and appellant is allowed to proceed with the appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(i)(4).

The reporter's record is past due. Accordingly, we **ORDER** Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court of Dallas County, Texas, to file, **on or before MAY 1, 2014**, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record. *We notify appellant that if we receive verification of no request, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Sheretta Martin and by first-class mail to all parties.

/s/     ADA BROWN
           JUSTICE